# CORPORATE RESOLUTION

**Exquisite Quarters, LLC.**
20631 Highland Hall Drive
Montgomery Village, Maryland 20866

February 28, 2024

It is hereby resolved that Exquisite Quarters, LLC, a limited liability company formed and organized under the laws of the State of Maryland be and is hereby authorized and all equity security holders agree to file a Chapter 11 Bankruptcy petition in the United States Bankruptcy Court for the District of Maryland.

By: Hermann Gbobia, Managing Member
and sole member