UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| EXQUISITE QUARTERS, LLC | * | Chapter 11<br>Case No.: |
| | * | |
| Debtor-in-Possession | | |

\* \* \* \* \* \* \*

### RULE 2016 STATEMENT OF DEBTOR'S COUNSEL

Richard B. Rosenblatt and The Law Offices of Richard B. Rosenblatt, PC (the "Law Firm"), counsel for Exquisite Quarters, LLC, the Debtor and Debtor-in-Possession (the "Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 2016, file this Rule 2016 Statement and Disclosure of Compensation and in support thereof states as follows:

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney, subject to approval from this Court, for the above-captioned Debtor and the compensation paid to me in contemplation of a Chapter 11 filing within one year before the filing of the petition was ten thousand hundred dollars ($10,000.00). Counsel received this amount on February 28, 2024. Additionally, the Debtor agreed that the filing fee of one thousand seven hundred thirty-eight dollars ($1,738.00) would be deducted from the retainer. As outlined below, the Debtor will be charged for services on an hourly basis.

2. The source of the retainer was the Hermann Gbobia, the Debtor's sole owner.

3. Any additional compensation is to be paid by the Debtor or Hermann Gbobia, the sole member of the Debtor.

4. I have not agreed to share the above-disclosed compensation or any additional compensation to be received, after appropriate application to the Court, with any other person

unless they are members and associates of my law firm.

5. By agreement and as disclosed in the application to employ counsel in this case, the Debtor has agreed to compensate counsel on an hourly basis for work performed. The following hourly rates shall apply: four hundred dollars ($400.00) for experienced bankruptcy attorneys, Richard B. Rosenblatt and Linda M. Dorney; and two hundred dollars ($200.00) an hour for paralegal time.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney,#12784
**The Law Offices of Richard B. Rosenblatt, PC.**
30 Courthouse Square, Suite 302
Rockville, MD 20850
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Exquisite Quarters, LLC.*

### Certificate of Service

I HEREBY CERTIFY that on the 28th day of February, 2024, that I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Rule 2016 Statement of Debtor's Counsel, will be electronically served by the Court's CM/ECF system on the following:

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

/s/ Richard B. Rosenblatt
Richard B. Rosenblatt