IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| In re: | |
|---|---|
| **EXQUISITE QUARTERS, LLC.**<br>Debtor | Case No.: 24-11633-LSS<br>Chapter 11 |

### NOTICE OF APPEARANCE OF COUNSEL FOR
### UNITED STATES TRUSTEE FOR REGION 4

To the Clerk of the Court:

    Kindly enter the appearance of Lynn A. Kohen as counsel for the United States Trustee for Region 4 in this case.

Dated: February 29, 2024

**GERARD R. VETTER**
Acting United States Trustee for Region 4
By Counsel:

*By: /s/ Lynn A. Kohen*
Lynn A. Kohen, Bar No. 10025
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
*Lynn.a.kohen@usdoj.gov*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 29, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance of Counsel for United States Trustee will be served electronically by the Court's CM/ECF system on the following:

- **Richard B. Rosenblatt** rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com;sgonzalez@rosenblattlaw.com;wilbertrr41309@notify.bestcase.com
- **US Trustee - Greenbelt** USTPRegion04.GB.ECF@USDOJ.GOV

    */s/ Lynn A. Kohen*
    Lynn A. Kohen