United States Bankruptcy Court
District of Maryland

| In re: | Case No. 24-11633-LSS |
|---|---|
| Exquisite Quarters, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Exquisite Quarters, LLC, 20631 Highland Hall Drive, Montgomery Village, MD 20886-4023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Mar 20 2024 19:26:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com |
| Richard B. Rosenblatt | rrosenblatt@rosenblattlaw.com ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Mar 20, 2024 Form ID: pdfparty Total Noticed: 2

US Trustee - Greenbelt
        USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

Entered: March 20th, 2024
Signed: March 19th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| EXQUISITE QUARTERS, LLC | * | Chapter 11<br>Case No.: |
| | * | |
| Debtor-in-Possession | | |

\*   \*   \*   \*   \*   \*   \*

## ORDER GRANTING APPLICATION
## TO APPROVE EMPLOYMENT OF ATTORNEYS

UPON THE APPLICATION of EXQUISITE QUARTERS, LLC., the Debtor-in-Possession herein, requesting approval of its employment of Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC., as attorneys for the estate, and it appearing that said attorneys are disinterested persons as defined in the United States Bankruptcy Code, and sufficient cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED,** that the employment by the Debtor-in-Possession of Richard B. Rosenblatt, Esquire, Linda M. Dorney, Esquire, and the Law Offices of Richard B. Rosenblatt, PC., to render professional services detailed in the Application to Approve Employment of Attorneys be, and hereby is, **APPROVED**; and it is further

**ORDERED**, that all awards of compensation are subject to approval by this Court after application thereof.

Copies:

Richard B. Rosenblatt, Esquire
rrosenblatt@rosenblattlaw.com

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

**End of Order**