United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11633-LSS |
| Exquisite Quarters, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 28, 2024 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Exquisite Quarters, LLC, 20631 Highland Hall Drive, Montgomery Village, MD 20886-4023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Linda M. Dorney | ldorney@rosenblattlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard B. Rosenblatt | rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

District/off: 0416-0

Date Rcvd: Mar 28, 2024

TOTAL: 5

User: admin

Form ID: defntc

Page 2 of 2

Total Noticed: 1

Case 24-11633   Doc 19   Filed 03/30/24   Page 2 of 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re:     Case No.: **24–11633 – LSS**     Chapter: **11**

**Exquisite Quarters, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:  15 – Schedules A–H, Summary of Assets and Liabilites on behalf of Exquisite Quarters, LLC, Statement of Financial Affairs for Non–Individual on behalf of Exquisite Quarters, LLC Filed by Richard B. Rosenblatt. (Rosenblatt, Richard) Modified on 3/28/2024. Text enhanced to include Summary; Statement of Financial Affairs extracted and docketed separately. (Arter, Laurie).

PROBLEM:  **The following items are deficient for the above pleading, and must be cured by 4/11/24. The Declaration Re: Debtor's Schedules was not filed.**

CURE:  The debtor's declaration under penalty of perjury must be filed. (Federal Bankruptcy Rule 1008)

CONSEQUENCE:  Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/28/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:   Debtor
      Attorney for Debtor – Richard B. Rosenblatt

defntc (rev. 12/12/2016)