Label Matrix for local noticing
0416-0
Case 24-11633
District of Maryland
Greenbelt
Tue Apr 23 13:52:23 EDT 2024

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Linda M. Dorney
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square Ste. 302
Rockville, MD 20850-2378

Exquisite Quarters, LLC
20631 Highland Hall Drive
Montgomery Village, MD 20886-4023

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Lynn A. Kohen
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Lendr
670 N. Clark Street, Floor 2
Chicago, IL 60654-3736

MONTGOMERY VILLAGE FOUNDATION & STEDWICK HC
10120 APPLE RIDGE RD
MONTGOMERY VILLAGE, MD 20886-1000

Richard B. Rosenblatt
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square Ste. 302
Rockville, MD 20850-2378

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Ste.  L-15
Rockville, MD 20850-4188

(p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M
36 S CHARLES STREET FOURTH FLOOR
BALTIMORE MD 21201-3020

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

WCP Fund I LLC
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

WCP Fund I LLC
c/o Russell S. Drazin, Esq.
Pardo & Drazin, LLC
4400 Jennifer Strret, NW, Suite 2
Washington, DC 20015-2089

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Branch of Reorganization
Sec. & Exch. Commission
3475 Lenox Road NE (Suite 1000)
Atlanta, GA 30327-1232

Comptroller of Maryland
Bankruptcy Unit
301 W Preston St Room 409
Baltimore, MD 21201-2396

(d)Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Section
PO Box 21126 (DP-N-781)
Philadelphia, PA 19114

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)For Internal Use Only

End of Label Matrix
Mailable recipients      18
Bypassed recipients       1
Total                    19