Entered: April 29th, 2024
Signed: April 29th, 2024

## SO ORDERED

The hearing is scheduled for May 20, 2024 at 11:00 a.m. in Courtroom 3D, 6500 Cherrywood Lane, Greenbelt, MD 20770.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **24–11633 – LSS**    Chapter: **11**

**Exquisite Quarters, LLC**
Debtor

## ORDER AND NOTICE OF A HEARING ON
## MOTION TO CONVERT OR IN THE ALTERNATIVE TO DISMISS

The United States Trustee having filed a motion to convert or in the alternative to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002–1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert or in the alternative to dismiss will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688); and it is further

ORDERED, that if no objection is filed by any party in interest to The United States Trustee's motion to convert or in the alternative to dismiss within fourteen (14) days after the date a copy of this Order is served, the motion to convert or in the alternative to dismiss may be granted without a hearing.

cc:  Debtor
   Attorney for Debtor – Richard B. Rosenblatt
   U.S. Trustee
   All creditors and parties in interest

**End of Order**

15x21 (rev. 05/02/2017) – LaurieArter