United States Bankruptcy Court
District of Maryland

In re:  
Exquisite Quarters, LLC  
    Debtor

Case No. 24-11633-LSS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2  
Date Rcvd: Apr 29, 2024      Form ID: pdfall      Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Exquisite Quarters, LLC, 20631 Highland Hall Drive, Montgomery Village, MD 20886-4023 |
| cr | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32474976 | + | Lendr, 670 N. Clark Street, Floor 2, Chicago, IL 60654-3736 |
| 32484262 | + | MONTGOMERY VILLAGE FOUNDATION & STEDWICK HC, 10120 APPLE RIDGE RD, MONTGOMERY VILLAGE, MD 20886-1000 |
| 32474977 | + | WCP Fund I LLC, c/o Russell S. Drazin, Esq., Pardo & Drazin, LLC, 4400 Jennifer Strret, NW, Suite 2, Washington, DC 20015-2089 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Apr 29 2024 19:08:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |
| 32474974 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 29 2024 19:07:00 | Comptroller of Maryland, Bankruptcy Unit, 301 W Preston St Room 409, Baltimore, MD 21201-2396 |
| 32475117 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 29 2024 19:07:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32474975 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2024 19:08:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32475121 | + | Email/Text: karen.brown@treasury.gov | Apr 29 2024 19:08:00 | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32475116 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Apr 29 2024 19:08:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32475115 | ^ | MEBN | Apr 29 2024 19:07:02 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32475119 | | Email/Text: atlreorg@sec.gov | Apr 29 2024 19:08:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32475120 | | Email/Text: usamd.bankruptcy@usdoj.gov | Apr 29 2024 19:08:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Apr 29, 2024 Form ID: pdfall Total Noticed: 14

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| 32475118 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Linda M. Dorney | ldorney@rosenblattlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard B. Rosenblatt | rrosenblatt@rosenblattlaw.com ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: April 29th, 2024
Signed: April 29th, 2024

**SO ORDERED**

The hearing is scheduled for May 20, 2024 at 11:00 a.m. in Courtroom 3D, 6500 Cherrywood Lane, Greenbelt, MD 20770.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **24−11633 − LSS**   Chapter: **11**

**Exquisite Quarters, LLC**
Debtor

## ORDER AND NOTICE OF A HEARING ON
## MOTION TO CONVERT OR IN THE ALTERNATIVE TO DISMISS

The United States Trustee having filed a motion to convert or in the alternative to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert or in the alternative to dismiss will be held on the date and time set forth above, in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688); and it is further

ORDERED, that if no objection is filed by any party in interest to The United States Trustee's motion to convert or in the alternative to dismiss within fourteen (14) days after the date a copy of this Order is served, the motion to convert or in the alternative to dismiss may be granted without a hearing.

cc:   Debtor
      Attorney for Debtor − Richard B. Rosenblatt
      U.S. Trustee
      All creditors and parties in interest

**End of Order**

15x21 (rev. 05/02/2017) − LaurieArter