**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| EXQUISITE QUARTERS, LLC | * | Chapter 11 |
| | | Case No.:24-11633-LSS |
| | * | |
| Debtor-in-Possession | | |

\* \* \* \* \* \* \*

**OPPOSITION TO CONVERT CASE TO CHAPTER 7 OR,**
**IN THE ALTERNATIVE, TO DISMISS CASE**

Exquisite Quarters, LLC, the Debtor and Debtor-in-possession (the "Debtor"), by and through undersigned counsel, files this Opposition to Motion to Convert to Chapter 7, or in The Alternative, to Dismiss Case (the "Motion") filed by the United States Trustee (the "Trustee"), and in support thereof states as follows:

1. Admit.

2. No response required.

3. Paragraph 3 contains a legal conclusion to which no response is required.

5. Paragraph 5 contains a legal conclusion to which no response is required.

6. Paragraph 6 contains a legal conclusion to which no response is required.

7. Paragraph 7 contains a legal conclusion to which no response is required.

5. Paragraph 5 contains a legal conclusion to which no response is required

6. The Debtor generally admits that the reports have not yet been filed. The Debtor is in the process of finalizing the reports and intends to file them upon completion.

7. Paragraph 7 contains a legal conclusion to which no response is required.

8. The Debtor generally admits that the reports have not yet been filed. The Debtor

is in the process of finalizing the reports and intends to file them upon completion.

9. The Debtor generally admits that the reports have not yet been filed. The Debtor is in the process of finalizing the reports and intends to file them upon completion.

10. Denied.

11. No response required.

12. No response required.

13. All allegations not specifically admitted are denied.

## Conclusion

For the foregoing reasons, the Debtor respectfully requests that this Court enter an Order that denies the Motion to Convert Case or, Alternatively, to Dismiss Case, and grants such other and further relief as justice and equity demand.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20852
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Exquisite Quarters, LLC.*

**Certificate of Service**

       I HEREBY CERTIFY that on the 8th day of May, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, Motion to Extend Time to File Chapter 11 Schedules, Summary of Schedules, and Statement of Financial Affairs, was service via ECF on:

Office of the U.S. Trustee - Greenbelt
USTPRregion04.GB.ECF@USDOJ.GOV

Lynn Kohen, Esquire
Lynn.A.Kohen@usdoj.gov

Maurice B. Verstandig, Esq.
mac@mbvesq.com

                                              \s\ Richard B. Rosenblatt
                                              Richard B. Rosenblatt