

# Statement of Account

**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/24 - 02/29/24

Access No. 18103525

#BWNLLSV
#000000Q8Q0SUR5A6#000FME90F
EXQUISITE QUARTERS LLC
20631 HIGHLAND HALL DR
MONTGOMRY VLG MD 20886-4023

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your digital statements via Mobile or Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Business Checking 7147908649 | $264.75- | $7,330.00 | $7,042.13 | $23.12 | $0.00 |
| Mbr Business Savings 3175130008 | $5.00 | $0.00 | $0.00 | $5.00 | $0.00 |
| Totals | $259.75- | $7,330.00 | $7,042.13 | $28.12 | $0.00 |

## Checking

### Business Checking - 7147908649

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 264.75- |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

---

EXQUISITE QUARTERS LLC

18103525

MARK "X" TO CHANGE ADDRESS/ORDER ITEMS ON REVERSE ➤ [ ]

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7147908649 | Checking | |
| 3175130008 | Savings | |
| | | |
| | | |
| | TOTAL | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057147908649317513000800000000000000000000000000000000003



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/24 - 02/29/24

Access No. 18103525

**Statement of Account**
For EXQUISITE QUARTERS LLC

**Business Checking - 7147908649**  (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-08 | Deposit - ACH Paid From Apartments.com Apts Mcche 020824 | 2,010.00 | 1,745.25 |
| 02-09 | Transfer From Checking Hermann Gbobia | 3,500.00 | 5,245.25 |
| 02-09 | Wire Fee | 14.00- | 5,231.25 |
| 02-09 | Withdrawal by Wire | 5,070.00- | 161.25 |
| 02-12 | Transfer To Checking Hermann Gbobia | 160.00- | 1.25 |
| 02-14 | Transfer From Checking Hermann Gbobia | 400.00 | 401.25 |
| 02-15 | Deposit - ACH Paid From Apartments.com Apts Grigo 021524 | 500.00 | 901.25 |
| 02-16 | Transfer From Checking Hermann Gbobia | 300.00 | 1,201.25 |
| 02-16 | POS Debit- Business Debit Card 0607 02-16-24 Openphone Httpswww.Open CA | 33.00- | 1,168.25 |
| 02-16 | POS Debit- Business Debit Card 0607 02-16-24 American Rental As 309-277-4239 IL | 299.00- | 869.25 |
| 02-20 | Transfer From Checking Hermann Gbobia | 200.00 | 1,069.25 |
| 02-20 | Transfer From Checking Hermann Gbobia | 200.00 | 1,269.25 |
| 02-20 | POS Debit- Business Debit Card 0607 02-15-24 Southwes 800-435-9792 TX | 323.98- | 945.27 |
| 02-20 | POS Debit- Business Debit Card 0607 02-15-24 American Rental As Moline IL | 499.00- | 446.27 |
| 02-20 | Paid To - Intuit * Qbooks Onl Chk 2100002 | 30.00- | 416.27 |
| 02-21 | POS Debit- Business Debit Card 0607 02-20-24 Potomac Electric P 302-351-7639 DC | 201.95- | 214.32 |
| 02-22 | POS Debit- Business Debit Card 0607 02-20-24 Curio Hotels 504-5281941 LA | 208.04- | 6.28 |
| 02-23 | Transfer From Checking Hermann Gbobia | 220.00 | 226.28 |
| 02-26 | ATM Withdrawal 02-23-24 7Eleven-FC Rockville MD | 200.00- | 26.28 |
| 02-26 | POS Debit - Business Debit Card 0607 Transaction 02-23-24 7-Eleven Rockville | 3.16- | 23.12 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| | | | | |

| ADDRESS (NO. STREET) | | | | |
|---|---|---|---|---|
| | | | | |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| | | | |

| SIGNATURE OF NAVY FEDERAL MEMBER | |
|---|---|
| | |

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| — — | ( ) | ( ) |



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/24 - 02/29/24

Access No. 18103525

**Statement of Account**
For EXQUISITE QUARTERS LLC

**Business Checking - 7147908649**  (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-29 | Ending Balance | | 23.12 |

Average Daily Balance - Current Cycle: $226.41

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 02-20 | ACH | 30.00 | 02-21 | POS | 201.95 |
| 02-16 | POS | 299.00 | 02-22 | POS | 208.04 |
| 02-16 | POS | 33.00 | 02-26 | POS | 3.16 |
| 02-20 | POS | 499.00 | 02-26 | ATMO | 200.00 |
| 02-20 | POS | 323.98 | | | |

# Savings

**Mbr Business Savings - 3175130008**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 02-01 | Beginning Balance | | 5.00 |
| | No Transactions This Period | | |
| 02-29 | Ending Balance | | 5.00 |

**2023 Year to Date Federal Income Tax Information**

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.00 | | |
| CHECKING DIVIDENDS | 0.48 | FINANCE CHARGE CHECKING LOC | 0.00 |



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
02/01/24 - 02/29/24

Access No. 18103525

**Statement of Account**
For EXQUISITE QUARTERS LLC

### Disclosure Information
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
#### Errors Related to a Checking Line of Credit Advance
If you think there is an error on your statement, write to us at:
Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.
You may also contact us on the Web: **navyfederal.org**.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

#### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.