# Exquisite Quarters LLC

## Profit and Loss
February 28-29, 2024

Income

**Total Income**

GROSS PROFIT

Expenses

**Total Expenses**

NET OPERATING INCOME

NET INCOME