RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**     Evidentiary Hrg: Y N
    Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 05/20/2024 Time: 11:00

**CASE: 24-11633 Exquisite Quarters, LLC**

✓Linda M. Dorney and Richard B. Rosenblatt representing ✓Exquisite Quarters, LLC (Debtor)

representing For Internal Use Only (Trustee)

✓Lynn A. Kohen representing US Trustee – Greenbelt (U.S. Trustee)

[20] Motion to Convert Case from Chapter 11 to Chapter 7 . The filing fee is EXEMPT – Filed on behalf of the United States., or in the alternative Motion to Dismiss Case for other reasons Filed by US Trustee – Greenbelt. (Attachments: #s1 Certificate of Service)

**MOVANT** : US Trustee – Greenbelt BY L Kohen

[23] Opposition on behalf of Exquisite Quarters, LLC Filed by Richard B. Rosenblatt (related document(s) 20 Motion to Convert Case from Chapter 11 to Chapter 7 filed by U.S. Trustee US Trustee – Greenbelt, Motion to Dismiss Case).

**MOVANT** : Exquisite Quarters, LLC BY R Rosenblatt L Dorney

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

   Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

   Other_____

   Confirmed_____ as modified by _____

   Denied Confirmation_____ with leave to amend by_____

   Other_____

DISPOSITIONS:

   Granted____ Denied 20___ Withdrawn____ Consent____ Default____ Under Adv.____

   Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

   Continued to: _____

Court heard argument on UST MCD. Motion denied but Debtor on notice that future delays will not be tolerated. Court asked UST to prepare order consistent with comments made on the record. If debtor does not comply court will entertain

conversion or dismissal upon filing of line by UST.