Entered: May 22nd, 2024
Signed: May 21st, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** <br><br> **EXQUISITE QUARTERS, LLC,** <br><br> **Debtor.** | **Case No. 24-11633-LSS** <br> **Chapter 11** |

**CONSENT ORDER RESOLVING**
**MOTION TO CONVERT CASE TO CHAPTER 7 OR,**
**IN THE ALTERNATIVE, TO DISMISS CASE**

Upon consideration of the Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case, the Debtors' response thereto, and the arguments of counsel at the hearing conducted on May 20, 2024; IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Debtor shall file an amended monthly operating report for February 2024 on the proper data-enabled form with correct information by May 31, 2024; and it is further

ORDERED that the Debtor shall file a monthly operating report for March and April 2024 on the proper data-enabled form with correct information by May 31, 2024; and it is further

ORDERED that the Debtor shall file timely all future monthly operating reports until the case is converted or dismissed, whichever occurs first; and it is further

ORDERED that the Debtor shall pay timely all quarterly fees until the case is converted or dismissed, whichever occurs first; and it is further

ORDERED that the Debtor shall not pay the personal expenses of its owner, Herman Gbobia, with estate funds; and it is further

ORDERED that, in the event that the Debtor fails to comply with any of the terms of this Order, the United States Trustee will file with the Court a Notice of Default and the case will thereafter be dismissed automatically without any further notice, motion, or hearing.

**SEEN AND CONSENTED TO:**

| | |
|---|---|
| */s/ Lynn Kohen* | */s/ Linda M. Dorney* |
| Lynn A. Kohen (Fed Bar 10025) | Linda M. Dorney, Esq. |
| Trial Attorney | The Law Offices of Richard B. Rosenblatt, PC |
| Office of the United States Trustee | 30 Courthouse Square, Suite 302 |
| 6305 Ivy Lane, Suite 600 | Rockville, Maryland 20850 |
| Greenbelt, MD 20770 | (301) 838-0098 – phone |
| (301) 344-6216 | 301) 838-3498 - fax |
| Lynn.A.Kohen@usdoj.gov | ldorney@rosenblattlaw.com |
| *Counsel for John P. Fitzgerald, III* | *Counsel for Exquisite Quarters, LLC* |
| *United States Trustee for Region 4* | *Debtor* |

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                                                                */s/ Lynn A. Kohen*
                                                                                 Lynn A. Kohen

Copies to:

Lynn A. Kohen lynn.a.kohen@usdoj.gov
Linda A. Dorney  ldorney@rosenblattlaw.com

**Exquisite Quarters, LLC**
20631 Highland Hall Drive
Montgomery Village, MD 20886

**END OF ORDER**