United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 24-11633-LSS

Exquisite Quarters, LLC                                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                    Page 1 of 2
Date Rcvd: May 22, 2024                  Form ID: pdfparty                          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Exquisite Quarters, LLC, 20631 Highland Hall Drive, Montgomery Village, MD 20886-4023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | May 22 2024 19:16:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Linda M. Dorney | ldorney@rosenblattlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

District/off: 0416-0                            User: admin                                      Page 2 of 2
Date Rcvd: May 22, 2024                         Form ID: pdfparty                               Total Noticed: 2

Richard B. Rosenblatt            rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com

US Trustee - Greenbelt           USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 5

Entered: May 22nd, 2024
Signed: May 21st, 2024

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** | |
| | **Case No. 24-11633-LSS** |
| **EXQUISITE QUARTERS, LLC,** | **Chapter 11** |
| **Debtor.** | |

### CONSENT ORDER RESOLVING
### MOTION TO CONVERT CASE TO CHAPTER 7 OR,
### IN THE ALTERNATIVE, TO DISMISS CASE

Upon consideration of the Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case, the Debtors' response thereto, and the arguments of counsel at the hearing conducted on May 20, 2024; IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Debtor shall file an amended monthly operating report for February 2024 on the proper data-enabled form with correct information by May 31, 2024; and it is further

ORDERED that the Debtor shall file a monthly operating report for March and April 2024 on the proper data-enabled form with correct information by May 31, 2024; and it is further

ORDERED that the Debtor shall file timely all future monthly operating reports until the case is converted or dismissed, whichever occurs first; and it is further

ORDERED that the Debtor shall pay timely all quarterly fees until the case is converted or dismissed, whichever occurs first; and it is further

ORDERED that the Debtor shall not pay the personal expenses of its owner, Herman Gbobia, with estate funds; and it is further

ORDERED that, in the event that the Debtor fails to comply with any of the terms of this Order, the United States Trustee will file with the Court a Notice of Default and the case will thereafter be dismissed automatically without any further notice, motion, or hearing.

**SEEN AND CONSENTED TO:**

*/s/ Lynn Kohen*                                 */s/ Linda M. Dorney*
Lynn A. Kohen (Fed Bar 10025)        Linda M. Dorney, Esq.
Trial Attorney                                    The Law Offices of Richard B. Rosenblatt, PC
Office of the United States Trustee     30 Courthouse Square, Suite 302
6305 Ivy Lane, Suite 600                   Rockville, Maryland 20850
Greenbelt, MD 20770                         (301) 838-0098 – phone
(301) 344-6216                                   301) 838-3498 - fax
*Lynn.A.Kohen@usdoj.gov*               ldorney@rosenblattlaw.com
*Counsel for John P. Fitzgerald, III*   *Counsel for Exquisite Quarters, LLC*
*United States Trustee for Region 4*   *Debtor*

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

*/s/ Lynn A. Kohen*
Lynn A. Kohen

Copies to:

Lynn A. Kohen lynn.a.kohen@usdoj.gov
Linda A. Dorney  ldorney@rosenblattlaw.com

**Exquisite Quarters, LLC**
20631 Highland Hall Drive
Montgomery Village, MD 20886

**END OF ORDER**