UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF MARYLAND
at Greenbelt

In Re. EXQUISITE QUARTERS, LLC                        Case No. 24-11633

_____
            Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2024              Petition Date: 02/28/2024

Months Pending: 1                               Industry Classification: 5 3 2 0

Reporting Method:        Accrual Basis ○        Cash Basis ⦿

Debtor's Full-Time Employees (current):                0

Debtor's Full-Time Employees (as of date of order for relief):   0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


| /s/ Linda Dorney | Linda Dorney |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| 05/31/2024 | The Law Offices of Richard B. Rosenblatt PC |
| Date | 30 Courthouse Square, Suite 302 |
|  | Rockville, Maryland 20850 |
|  | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                            1

Debtor's Name EXQUISITE QUARTERS, LLC                                                                 Case No. 24-11633

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $90 | |
| b. Total receipts (net of transfers between accounts) | $10,840 | $10,840 |
| c. Total disbursements (net of transfers between accounts) | $9,621 | $9,621 |
| d. Cash balance end of month (a+b-c) | $1,309 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $9,621 | $9,621 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○    Market ○    Other ⦿    (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $1,700 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $1,700 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $975 | |
| f. Other expenses | $100 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $625 | $625 |

UST Form 11-MOR (12/01/2021)                                       2

Debtor's Name EXQUISITE QUARTERS, LLC　　　　　　　　　　　Case No. 24-11633

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $10,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Rosenblatt Office | Lead Counsel | $0 | $0 | $0 | $10,000 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name EXQUISITE QUARTERS, LLC                                                                 Case No. 24-11633

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name EXQUISITE QUARTERS, LLC                                    Case No. 24-11633

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                      5

Debtor's Name EXQUISITE QUARTERS, LLC                                      Case No. 24-11633

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name EXQUISITE QUARTERS, LLC                                                                                      Case No. 24-11633

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name EXQUISITE QUARTERS, LLC                                      Case No. 24-11633

|   |       |   |   |   |   |   |
|---|-------|---|---|---|---|---|
|   | xcix  |   |   |   |   |   |
|   | c     |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

### Part 6: Postpetition Taxes

|     |                                                                      | Current Month | Cumulative |
|-----|----------------------------------------------------------------------|---------------|------------|
| a.  | Postpetition income taxes accrued (local, state, and federal)        | $0            | $0         |
| b.  | Postpetition income taxes paid (local, state, and federal)           | $0            | $0         |
| c.  | Postpetition employer payroll taxes accrued                          | $0            | $0         |
| d.  | Postpetition employer payroll taxes paid                             | $0            | $0         |
| e.  | Postpetition property taxes paid                                     | $0            | $0         |
| f.  | Postpetition other taxes accrued (local, state, and federal)         | $0            | $0         |
| g.  | Postpetition other taxes paid (local, state, and federal)            | $0            | $0         |

### Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ● |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have: Worker's compensation insurance? | Yes ○  No ● |
|   | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
|   | Casualty/property insurance? | Yes ●  No ○ |
|   | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
|   | General liability insurance? | Yes ●  No ○ |
|   | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

UST Form 11-MOR (12/01/2021)                               8

Debtor's Name EXQUISITE QUARTERS, LLC　　　　　　　　　　　Case No. 24-11633

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Hermann Gbobia | Hermann Gbobia |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Owner | 05/31/2024 |
| Title | Date |

Debtor's Name EXQUISITE QUARTERS, LLC　　　　　　　　　　Case No. 24-11633


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name EXQUISITE QUARTERS, LLC

Case No. 24-11633



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)

11

Debtor's Name EXQUISITE QUARTERS, LLC                                           Case No. 24-11633


PageThree


PageFour

UST Form 11-MOR (12/01/2021)                              12

*Cash Deposits per Tenant for the Monthly UST*

| | Tenant Last Name | Monthly Rent Due | Monthly Rent Paid | Deposit Date | Arrearage | Vacant (Yes/No) | Notes/Comments |
|---|---|---|---|---|---|---|---|
| 1 | Grigo | $500 | $500 | 3/14/2024 | | | |
| 2 | Pineda | $1,200 | $1,200 | 3/1/2024 | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

**Total**  $  1,700.00

*Cash Receipts:*
| | | |
|---|---|---|
| Total Rent Collected | $ | 1,700.00 |
| Other Receipts | | |
| Total Receipts | $ | 1,700.00 |

*Cash Disbursements:*
| | | | |
|---|---|---|---|
| Total Disbursements | $ | 974.80 | Phone, Internet, Cleaning |
| Other Disbursements | $ | 100.00 | Charitable Donation |
| Total Disbursements | $ | 1,074.80 | |

*Net Cash Flow*  $  625.20

# Navy Federal Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
03/01/24 - 03/31/24

Access No. 18103525

#BWNLLSV
#000000Q8Q0SUR5A6#000MQA90F
EXQUISITE QUARTERS LLC
20631 HIGHLAND HALL DR
MONTGOMRY VLG MD 20886-4023

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your digital statements via Mobile or Navy Federal Online Banking.**

## Say "Yes" to Paperless Statements

If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| Business Checking 7147908649 | $23.12 | $10,840.01 | $9,621.58 | $1,241.55 | $0.01 |
| Mbr Business Savings 3175130008 | $5.00 | $0.00 | $0.00 | $5.00 | $0.00 |
| Totals | $28.12 | $10,840.01 | $9,621.58 | $1,246.55 | $0.01 |

## Checking

### Business Checking - 7147908649

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-01 | Beginning Balance | | 23.12 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

EXQUISITE QUARTERS LLC
18103525

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| 7147908649 | Checking | | |
| 3175130008 | Savings | | |
| | | | |
| | | | |
| | TOTAL | | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057147908649317513000800000000000000000000000000003



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/24 - 03/31/24

Access No. 18103525

**Statement of Account**
For EXQUISITE QUARTERS LLC

## Business Checking - 7147908649 (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-04 | Deposit 03-03-24 FC1G Gaithersburg, MD. *bmo | 40.00 | 63.12 |
| 03-04 | Deposit 03-03-24 Fcba Rockville, MD | 180.00 | 243.12 |
| 03-04 | Deposit 03-03-24 Fcba Rockville, MD | 600.00 | 843.12 |
| 03-04 | Deposit 03-03-24 Fcba Rockville, MD | 840.00 | 1,683.12 |
| 03-04 | Transfer From Shares Hermann Gbobia | 200.00 | 1,883.12 |
| 03-04 | Transfer From Checking Hermann Gbobia | 950.00 | 2,833.12 |
| 03-04 | ATM Withdrawal 03-02-24 7Eleven-FC Gaithersburg MD | 200.00- | 2,633.12 |
| 03-04 | POS Debit - Business Debit Card 0607 Transaction 03-02-24 7-Eleven Gaithersburg | 4.24- | 2,628.88 |
| 03-04 | POS Debit - Business Debit Card 0607 Transaction 03-02-24 7-Eleven Gaithersburg | 10.15- | 2,618.73 |
| 03-04 | Paid To - Flagstar Bank Na Loan Pymt Chk 22607100 | 2,616.22- | 2.51 |
| 03-07 | Deposit - ACH Paid From Apartments.com Apts Moche 030724 | 2,010.00 | 2,012.51 |
| 03-08 | Transfer From Checking Hermann Gbobia | 100.00 | 2,112.51 |
| 03-08 | Transfer From Checking Hermann Gbobia | 5,000.00 | 7,112.51 |
| 03-08 | Wire Fee | 14.00 | 7,098.51 |
| 03-08 | Withdrawal by Wire | 5,000.00- | 2,098.51 |
| 03-11 | Transfer From Shares Hermann Gbobia | 420.00 | 2,518.51 |
| 03-11 | ATM Withdrawal 03-10-24 7Eleven-FC Gaithersburg MD | 80.00- | 2,438.51 |
| 03-11 | ATM Withdrawal 03-10-24 7Eleven-FC Rockville MD | 200.00- | 2,238.51 |
| 03-11 | ATM Withdrawal 03-10-24 7Eleven-FC Rockville MD | 200.00- | 2,038.51 |
| 03-11 | POS Debit - Business Debit Card 0607 Transaction 03-08-24 7-Eleven Gaithersburg | 1.02- | 2,037.49 |
| 03-11 | POS Debit- Business Debit Card 0607 03-10-24 Coca Cola Capital Capitol Heigh MD | 5.00- | 2,032.49 |
| 03-11 | POS Debit - Business Debit Card 0607 Transaction 03-10-24 7-Eleven Gaithersburg | 12.52- | 2,019.97 |
| 03-11 | POS Debit - Business Debit Card 0607 Transaction 03-10-24 7-Eleven Rockville | 13.65- | 2,006.32 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER ( ) | | | DAYTIME TELEPHONE NUMBER ( ) |



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/24 - 03/31/24

Access No. 18103525

**Statement of Account**
For EXQUISITE QUARTERS LLC

## Business Checking - 7147908649

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-11 | POS Debit - Business Debit Card 0607 Transaction 03-10-24 Rockville Cmf Rockville MD | 19.79- | 1,986.53 |
| 03-11 | POS Debit- Business Debit Card 0607 03-08-24 Openphone Httpswww.Open CA | 33.00- | 1,953.53 |
| 03-11 | POS Debit- Business Debit Card 1898 03-09-24 The Home Depot #46 Springfield VA | 47.77- | 1,905.76 |
| 03-11 | POS Debit - Business Debit Card 0607 Transaction 03-10-24 The Home Depot #2558 Aspen Hill MD | 97.33- | 1,808.43 |
| 03-12 | POS Debit- Business Debit Card 0607 03-11-24 McDonald's M5715 O Gaithersburg MD | 9.09- | 1,799.34 |
| 03-14 | Deposit - ACH Paid From Apartments.com Apts Grigo 031424 | 500.00 | 2,299.34 |
| 03-14 | Paid To - Promise-Pay.Com Promisepay Chk 9100001 | 70.32- | 2,229.02 |
| 03-18 | Paid To - Intuit * Qbooks Onl Chk 2100002 | 30.00- | 2,199.02 |
| 03-19 | POS Debit- Business Debit Card 0607 03-18-24 Verizon Bill Payme Verizon.Com FL | 189.98- | 2,009.04 |
| 03-22 | POS Debit- Business Debit Card 0607 03-20-24 Christ For All Nat 407-854-4400 FL | 100.00- | 1,909.04 |
| 03-28 | POS Debit- Business Debit Card 0607 03-27-24 Navex Cleaning Ser Www.Navexclea MD | 357.50- | 1,551.54 |
| 03-29 | POS Debit- Business Debit Card 0607 03-28-24 Navex Cleaning Ser Www.Navexclea MD | 310.00- | 1,241.54 |
| 03-29 | Dividend | 0.01 | 1,241.55 |
| **03-31** | **Ending Balance** | | **1,241.55** |

*Average Daily Balance - Current Cycle: $1,537.67*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 03-04 | ACH | 2,616.22 | 03-11 | POS | 1.02 |
| 03-14 | ACH | 70.32 | 03-11 | POS | 5.00 |
| 03-18 | ACH | 30.00 | 03-12 | POS | 9.09 |
| 03-04 | POS | 10.15 | 03-19 | POS | 189.98 |
| 03-04 | POS | 4.24 | 03-22 | POS | 100.00 |
| 03-11 | POS | 12.52 | 03-28 | POS | 357.50 |
| 03-11 | POS | 13.65 | 03-29 | POS | 310.00 |
| 03-11 | POS | 19.79 | 03-04 | ATMO | 200.00 |
| 03-11 | POS | 33.00 | 03-11 | ATMO | 80.00 |
| 03-11 | POS | 47.77 | 03-11 | ATMO | 200.00 |
| 03-11 | POS | 97.33 | 03-11 | ATMO | 200.00 |

## Savings

### Mbr Business Savings - 3175130008

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 03-01 | Beginning Balance | | 5.00 |
| | No Transactions This Period | | |
| **03-31** | **Ending Balance** | | **5.00** |

### 2023 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 0.00 | | |
| CHECKING DIVIDENDS | 0.48 | FINANCE CHARGE CHECKING LOC | 0.00 |


**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
03/01/24 - 03/31/24

Access No. 18103525

**Statement of Account**
For EXQUISITE QUARTERS LLC

### Disclosure Information
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.
You may also contact us on the Web: navyfederal.org.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.