**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **In re:**<br><br>**EXQUISITE QUARTERS, LLC,**<br><br>Debtor. | Case No. 24-11633-LSS<br>Chapter 11 |

**NOTICE OF DEFAULT AND
REQUEST FOR ORDER DISMISSING CASE**

Gerard R. Vetter, the Acting United States Trustee for Region 4 ("United States Trustee"), by counsel, files this Notice of Default and Request for Order Dismissing Case because Exquisite Quarters, LLC, Debtor, is in default of the Consent Order Resolving Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case ("Consent Order"), Dkt. 26, which the Court entered on May 22, 20224. In further support of this Motion, the United States Trustee states as follows:

    1.    Exquisite Quarters, LLC, the Debtor, filed a petition for relief under Chapter 11 of the Bankruptcy Code on February 28, 2024. The Debtor has remained in possession of the estate's assets and continues to manage its financial affairs. 11 U.S.C. §§ 1107, 1108. No unsecured creditors' committee has been appointed.

    2.    On April 24, 2024, the United Sates Trustee filed Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case ("Motion to Dismiss"), Dkt. 20, because the Debtor failed to file monthly operating reports.

    3.    At the hearing on the Motion to Dismiss, the Court gave the Debtor a stark warning that its case would be dismissed if it did not file a corrected monthly operating report for

February 2024 by May 31, 2024, and did not continue to file correct timely monthly operating reports.

4. After the hearing, the parties embodied the Court's oral ruling into the Consent Order. The Consent Order specifically provides as follows:

ORDERED that the Debtor shall file an amended monthly operating report for February 2024 on the proper data-enabled form with correct information by May 31, 2024; and it is further

ORDERED that the Debtor shall file a monthly operating report for March and April 2024 on the proper data-enabled form with correct information by May 31, 2024; and it is further

ORDERED that the Debtor shall file timely all future monthly operating reports until the case is converted or dismissed, whichever occurs first; and it is further

. . .

ORDERED that, in the event that the Debtor fails to comply with any of the terms of this Order, the United States Trustee will file with the Court a Notice of Default and the case will thereafter be dismissed automatically without any further notice, motion, or hearing.

5. On May 31, 2024, the Debtor filed a monthly operating report for February and March 2024. *See* Dkt 28 and 29.

6. Although timely filed pursuant to the Consent Order, each report contains numerous mistakes. The United States Trustee could have filed a Notice of Default at that time, However, the United States Trustee decided to give the Debtor one last chance. On June 3, 3024, undersigned counsel sent an email to counsel for the Debtor setting forth the numerous mistakes that needed to be corrected and giving the Debtor until Friday, June 7, 2024 to file amended monthly reports. *See* Exhibit 1. Undersigned counsel informed counsel for the Debtor

that a Notice of Default would be filed on Monday, June 10, 2024, if the Debtor did not file amended monthly operating reports for February and March by June 7, 2024. *Id.*

7. The Debtor did not file amended monthly operating reports for February or March by June 7, 2024.

8. The Debtor is also delinquent in filing the April monthly operating report, which was due on May 20, 2024.

9. Pursuant to the Consent Order, the case should be dismissed without further notice, motion, or hearing.

WHEREFORE, in consideration of the foregoing, the United States Trustee respectfully requests that the case be dismissed and granting such other and further relief as the Court deems just and proper.

Dated: June 10, 2024   GERARD R. VETTER
  Acting United States Trustee for Region 4

  By Counsel:

  *By: /s/ Lynn A. Kohen*
  Lynn A. Kohen, Bar No. 10025
  Trial Attorney
  Office of United States Trustee
  6305 Ivy Lane, Suite 600
  Greenbelt, MD 20770
  (301) 344-6216
  Lynn.a.kohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June 2024, a copy of the Notice of Default and Request for Order Dismissing Case was served electronically by the Court's CM/ECF system on the following:

Linda A. Dorney  ldorney@rosenblattlaw.com

And by first-class mail, postage prepaid, to:

**Exquisite Quarters, LLC**
20631 Highland Hall Drive
Montgomery Village, MD 20886

And to the highlighted parties on the attached mailing matrix.

<em>/s/ Lynn A. Kohen</em><br>
Lynn A. Kohen