## Kohen, Lynn A. (USTP)

| | |
|---|---|
| **From:** | Kohen, Lynn A. (USTP) |
| **Sent:** | Monday, June 3, 2024 8:29 AM |
| **To:** | ldorney rosenblattlaw.com |
| **Cc:** | Barson, David M. (USTP) |
| **Subject:** | RE: In re Exquisite Quarters |
| **Attachments:** | Issues with Feb-24 amended report.docx; The following issues, changes and questions are required to the Mar-24 report.docx |

Linda,

David Barson reviewed the MORs and they have A LOT of problems.

- 9 line items on the MOR are incorrect or need follow up in each report. Attached are memos detailing the changes that need to be made on the February and March reports.
- Both reports do not reconcile the cash receipts and disbursements to opening and ending bank balances
- Feb-24 and Mar-24 are missing attachments and support for receipts and disbursements.
- Navy FCU account shows large transfer activity of personal funds in and out post-petition.
- **Debtor used estate funds to pay an insider mortgage in March (property owned by Hermann not Exquisite). This is improper and those funds must be returned to the estate immediately.**
- The leases on file show 3 tenants under month-to-month leases yet only 1 rent check made it directly into any of the estate bank accounts.
- **Pre-petition accounts are open and being used versus the DIP in March.**

It is concerning that the Debtor does not appear to have taken seriously its reporting requirements. Technically, I could file today the Notice of Default today given the quality of the reports that were filed. I, however, will give the Debtor until Friday to file amended reports and to provide us with the answers to the questions set forth in the memos. If I don't receive everything by Friday, I will file a Notice of Default on Monday.

Lynn

Lynn A. Kohen
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
301-344-6221
(cell) 202-590-8693

1

**From:** ldorney rosenblattlaw.com <ldorney@rosenblattlaw.com>
**Sent:** Friday, May 31, 2024 5:01 PM
**To:** Kohen, Lynn A. (USTP) <Lynn.A.Kohen@usdoj.gov>
**Subject:** [EXTERNAL] In re Exquisite Quarters

Lynn,

Please see that attached proof of payment of the quarterly fees in the above matter. The February and March operating reports have been filed. I expect to file April on Monday as Mr. Gbobia had an emergency and we were unable to finalize. Unfortunately, he is still working on getting proof of closing on the NFCU account but I do anticipate it provided next week. Have a good weekend.

Very truly yours,

Linda M. Dorney, Esq.
The Law Offices of Richard B. Rosenblatt, PC
30 Courthouse Square, Suite 302
Rockville, Maryland 20850
(301) 838-0098 – phone
(301) 838-3498 - fax

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

---------- Forwarded message ---------
From: <notification@pay.gov>
Date: Fri, May 31, 2024, 1:58 PM
Subject: Pay.gov Payment Confirmation: Chapter 11 Quarterly Fee
To: <tetyarisher@gmail.com>

 An official email of the United States government



Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

You will receive a reminder email several days before the payment is processed.
If you wish to cancel this transaction, sign in to your account at https://www.pay.gov/ and choose the Pending tab of the Payment Activity page.

Application Name: Chapter 11 Quarterly Fee
Pay.gov Tracking ID: 27ESPH53
Agency Tracking ID: 76735690002

Account Holder Name: Hermann Gbobia
Transaction Type: ACH Debit
Transaction Amount: $250.00
Payment Date: 06/03/2024

Account Type: Business Checking
Routing Number: 054001725
Account Number: ************4577

Transaction Date: 05/31/2024 01:57:30 PM EDT
Total Payments Scheduled: 1
Frequency: OneTime

Line 1: Remittance #1 - Type: Business, Account: 1602411633, Name: Hermann Gbobia, $250.00
Line 2:
Line 3:
Line 4:
Line 5:
Line 6:
Line 7:
Line 8:
Line 9:
Line 10:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

# Attachments

The following issues and changes are required to the amended Feb-24 report:

**February 2024 (stub period report)**

Cover Page

- The months pending on the cover page is 1 not 0.

Part 1: Cash Receipts and Disbursements

1. Part 1, a: The cash on hand equal to $90 does not tie to the bank statements attached to the report that list only $28.12 for Navy FCU. The difference appears to be the Green Dot account balance as of 2/28/24. Attach the statement for the Green Dot account that shows the balance as of 02/28/24 and review that the opening balance is still $90 as 02/28/24.

2. Part 1, b: and c: Review the Green Dot statement to confirm $0 deposits and $0 withdrawals/fees for this section. Adjust lines b and c if any deposits, withdrawals, fees transacted during 02/28/24-02/29/24.

Part 2: Asset and Liability Status

3. Part 2, a: and b; List any past due receivables owed to the Debtor for unpaid rent/arrearage or other funds due for the under 90 days and over 90 days and attach a list of the receivables or a report from QuickBooks.

4. Part 2, e: Update total assets for any changes to receivables.

5. Part 2, f: and g: Update for any post-petition payables and attach a list of the payables or a payables report from QuickBooks.

6. Part 2, k: and l: Update for pre-petition debt owned to secured creditors and unsecured creditors (amounts as of filing date).

Part 6: Post-Petition Taxes

7. Part 6, e: List any post-petition property taxes due for the property.

Part 7: Questionnaire

8. Part 7, d: Yes, should be No since your 2023 tax extension or return was not sent to the UST office. In the event the tax

9. Part 7, f: No, should be Yes since you have no employees. Trust fund taxes are payroll taxes.

**Missing Attachments to the Report**

- Green Dot Bank Statement that shows the balance and activity for March of 2024.

- Checking Account Register report for each open checking account from QuickBooks for the month of February that shows the transaction details of the accounts and the daily ledger balances. Account Register reports and Transaction Detail reports are readily available in QuickBooks for any bank account.

- A reconciliation report that shows the open checking accounts were reconciled for uncleared transactions.

- A/R and A/P reports or a listing of the accounts as of March 31, 2024.

The following issues and changes are required to the amended Mar-24 report:

**March 2024**

Cover Page

- The months pending on the cover page is 2 not 1.

Part 1: Cash Receipts and Disbursements

1. Part 1, a: The cash on hand equal to $90 does not tie to the bank statements attached to the report that list only $28.12 for Navy FCU. The difference appears to be the Green Dot account balance as of 03/01/24. Attach the statement for the Green Dot account that shows the balance as of 03/01/24 and review that the opening balance is still $90 as 03/01/24.

2. Part 1, b: and c: Review the Green Dot statement to confirm $0 deposits and $0 withdrawals/fees for this section. Adjust lines b and c if any deposits, withdrawals, fees transacted during 03/01/24-03/31/24.

Part 2: Asset and Liability Status

3. Part 2, a: and b; List any past due receivables owed to the Debtor for unpaid rent/arrearage or other funds due for the under 90 days and over 90 days and attach a list of the receivables or a report from QuickBooks.

4. Part 2, e: Update total assets for any changes to receivables.

5. Part 2, f: and g: Update for any post-petition payables and attach a list of the payables or a payables report from QuickBooks.

6. Part 2, k: and l: Update for pre-petition debt owed to secured creditors and unsecured creditors (amounts as of filing date).

Part 6: Post-Petition Taxes

7. Part 6, e: List any post-petition property taxes due for the property.

Part 7: Questionnaire

8. Part 7, d: Yes, should be No since your 2023 tax extension or return was not sent to the UST office. In the event the tax

9. Part 7, f: No, should be Yes since you have no employees. Trust fund taxes are payroll taxes.

## Missing Attachments to the Report

- Green Dot Bank Statement that shows the balance and activity for March of 2024.

- Checking Account Register report for each open checking account from QuickBooks for the month of March 2024 that shows the transaction details of the accounts and the daily ledger balances. *Note:* This document will be used to support the Part 1, b: receipts and Part 1, c: disbursements each month. Account Register reports and Transaction Detail reports are readily available in QuickBooks for any bank account.

- A reconciliation report that shows the open checking accounts were reconciled for uncleared transactions.

- A/R and A/P reports or a listing of the accounts as of March 31, 2024.

- Income statement for March 2024.

- TD DIP account statement for March (the account was opened on 3/26/24 and it must be attached even if a $0 balance).

- The rent roll excel sheet is to be used to track rent from tenants collected during the month and the date and last 4 digits of the account that the funds are deposited into must be listed with the collected payments.

## Questions:

1. Why are only two tenant payments listed on the rent roll, yet the leases sent for the IDI list 3 tenants as of 3/1/24?
2. Where is the $700 owed from the Abby tenant/lease?
3. Do the tenants pay by check or cash?
4. Why is the $1,200 rent collected from Pineda not showing up as a deposit in a March bank statement?
5. Why did the debtor pay $2,616.22 to Flagstar Bank for a mortgage payment for a property owned to an insider and not the estate?
6. Who received the $5,000 wire sent on 3/8 from Navy# 8649?
7. Why is so much money being deposited into the debtor's account from Hermann Gbobia's personal accounts and transferred back out?
8. Why was the TD DIP account opened as of 3/26/24 not funded as of 3/31/24?
9. When will the 2023 tax return or extension form be sent to our office?

10. The Atlantic Partners Contract dated 3/2/23 cited a 1-year term. Did the contract end on 3/2/24 or has it been renewed?
11. Why are you listing in Part 4 a:, e:, and f: only $1,700 of income and $1,075 of expenses when your receipts and disbursements were $10,840 and $9,621 during the month?
12. Why are the Navy and Green DOT pre-petition accounts not closed 3 months after the filing date?

Case 24-11633   Doc 30-1   Filed 06/10/24   Page 10 of 10