IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** <br><br> **EXQUISITE QUARTERS, LLC,** <br><br> **Debtor.** | **Case No. 24-11633-LSS** <br> **Chapter 11** |

**ORDER DISMISSING CASE**

Upon consideration of the Notice of Default that was filed pursuant to the Consent Order Resolving the Motion to Convert Case to Chapter 7 or, in the Alternative to Dismiss Case and cause existing to dismiss the case; IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the above captioned case be and hereby is DISMISSED.

Copies to:

Lynn A. Kohen lynn.a.kohen@usdoj.gov
Linda A. Dorney  ldorney@rosenblattlaw.com

Exquisite Quarters, LLC
20631 Highland Hall Drive
Montgomery Village, MD 20886

**END OF ORDER**