Entered: June 10th, 2024
Signed: June 10th, 2024

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** | |
| **EXQUISITE QUARTERS, LLC,** | **Case No. 24-11633-LSS** |
| | **Chapter 11** |
| **Debtor.** | |

### ORDER DISMISSING CASE

Upon consideration of the Notice of Default that was filed pursuant to the Consent Order Resolving the Motion to Convert Case to Chapter 7 or, in the Alternative to Dismiss Case and cause existing to dismiss the case; IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the above captioned case be and hereby is DISMISSED.

Copies to:

Lynn A. Kohen lynn.a.kohen@usdoj.gov
Linda A. Dorney  ldorney@rosenblattlaw.com

Exquisite Quarters, LLC
20631 Highland Hall Drive
Montgomery Village, MD 20886

**END OF ORDER**